# Exhibit 1

**KREAM AND KREAM**
Attorneys at Law
P.O. Box 890117
East Weymouth, Ma 02189

RICHARD H. KREAM
R. MARK SEITSINGER
RICHARD J. OMAR

MAXWELL KREAM
1911-1993
(781) 331-9333 *fax* (781) 331-9549
www.kreamandkream.com

RECEIVED JUL 21 2012

July 18, 2012

Lynn District Court
580 Essex Street
Lynn, MA 01901

**Re: Atlantic Credit & Finance Inc. v. Sean Miner AKA Sean P. Miner**
**Docket No. 1113CV1755**
**Our File No. 336X847**

COPY

Dear Sir/Madam:

Enclosed for filing please find a Stipulation of Dismissal with prejudice.

Thank you.

Very truly yours,

R. Mark Seitsinger

RHK/blf
Enclosure

cc: Josef C. Culik, Esq.

COMMONWEALTH OF MASSACHUSETTS

ESSEX

LYNN DISTRICT COURT

DOCKET NO: 1113CV1755

ATLANTIC CREDIT & FINANCE INC
PLAINTIFF

VS.

SEAN MINER AKA SEAN P MINER,
DEFENDANT

**STIPULATION OF DISMISSAL**

The Plaintiff, ATLANTIC CREDIT & FINANCE INC and the Defendant SEAN MINER AKA SEAN P MINER hereby agree that the present action shall be dismissed with prejudice and without damages or costs to either party in accordance with Mass R. Civ. Proc 41(a)(1)(ii).

DATE: May 16, 2012

The Plaintiff,
by its attorney,

R. MARK SENTSINGER, ESQUIRE
KREAM AND KREAM
536 BROAD STREET, SUITE 5
P.O. BOX 890117
EAST WEYMOUTH, MA 02189
(781) 331-9333

The Defendant,
by his attorney,

JOSEF C. CULIK, ESQ.
18 COMMERCE WAY, SUITE 2850
WOBURN, MA 01801
800/962-9570

File #: 336X847

# Commonwealth of Massachusetts

LYNN DIVISION
DISTRICT COURT DEPARTMENT OF THE TRIAL COURT

Essex, SS

FEBRUARY 8, 2013
Docket # 1113CV001755

**ATLANTIC CREDIT & FINANCE**

**vs**

**SEAN P. MINER a/k/a SEAN MINER**

**CERTIFICATE OF JUDGMENT**

In the above action, brought by writ dated 11/28/2011 and returnable in said District Court of Southern Essex on the 28st day of NOVEMBER, 2011; the following entry has been made upon the docket of said court, viz.:"

8/01/2012 STIPULATION OF DISMISSAL

Attest.....

**CLERK-MAGISTRATE**

CRTR2709-CR

**MASSACHUSETTS**
**LYNN DC POSTING**
**Docket Report**

**1113CV001755**
**Atlantic Credit & Finance v. Sean P. Miner A/K/A Sean Miner**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Civil | **FILE DATE:** | 11/28/2011 |
| **ACTION CODE:** | DCF | **CASE STATUS:** | Disposed - Statistical Purposes |
| **DESCRIPTION:** | Money Action - District Court Filing (c231 §§ 103-104) | **STATUS DATE** | 05/08/2012 |
| | | **CASE JUDGE** | |
| **CASE TRACK:** | | | |
| **CASE SESSION:** | Civil Session | | |

**LINKED CASE**

**PARTIES**

| | |
|---|---|
| ***Plaintiff***<br>Atlantic Credit & Finance | **Private Counsel** **279780**<br>Richard H. Kream<br>Kream and Kream<br>Kream and Kream<br>536 Broad Street Suite 5<br>Post Office Box 890117<br>East Weymouth, MA 02189-9955<br>Work Phone (781) 331-9333<br>Added Date: 11/29/2011 |
| **Defendant**<br>Sean P. Miner A/K/A Sean Miner | |

**FINANCIAL DETAILS**

| | | | |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

No Financial Data for this report

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901



MASSACHUSETTS
LYNN DC POSTING
Docket Report

INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 11/29/2011 | | Complaint filed on 11/28/2011 at Lynn District Court. | |
| 11/29/2011 | | Appearance for Atlanti Credit & Finabnce Inc. filed by Attorney RICHARD H. KREAM 536 Broad Street Suite 5 Post Office Box 890117 East Weymouth MA 02189-9955 BBO# 279780 | |
| 11/29/2011 | | Appearance for Sean P. Miner A/k/a Sean Miner filed by Attorney JOSEF CULIK 18 Commerce Way, Suite 2850 Woburn MA 01801 BBO# 672665 | |
| 11/29/2011 | | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 03/28/2012 09:00 AM. | |
| 11/29/2011 | | DISMISSAL FOR FAILURE TO ACT ON DEFAULT UNDER JOINT STANDING ORDER 1-04 OR DIST. CT. STANDING ORDER 1-98 potentially applicable on 07/30/2012 09:00 AM. | |
| 11/29/2011 | | DISMISSAL UNDER RULE 4(J) SCHEDULED on 3/28/2012 09:00 AM RESCHEDULED for 3/28/2012 05:00 PM. Reason: Clerical error. | |
| 12/14/2011 | | Motion for a more definite statement filed by D01 SEAN P. MINER subject to opposition procedure (Joint Standing Order 1-04 or Dist. Ct. Standing Order 1-98). | |
| 12/14/2011 | | MOTION SCHEDULED FOR HEARING on 01/12/2012 09:00 AM. | |
| 01/06/2012 | | This Case Converted from Civil BasCOT application. | |
| 01/12/2012 | | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 01/12/2012 09:00 AM has been resulted as follows:<br><br>Result: Held | Conlon |
| 01/12/2012 | | Event Resulted<br>The following event: Dismissal Under Mass.R.Civ.P. 4(j) scheduled for 03/28/2012 05:00 PM has been resulted as follows:<br><br>Result: Not Held But Event Resolved | Conlon |
| 01/12/2012 | | Event Resulted<br>The following event: Dismissal For Failure to Act on Default scheduled for 07/30/2012 09:00 AM has been resulted as follows:<br><br>Result: Not Held But Event Resolved | Conlon |
| 01/12/2012 | | Event Scheduled<br>Event: Case Management Conference<br>Date: 03/02/2012 Time: 09:00 AM<br>Result: Event Continued | |
| 01/12/2012 | | Motion allowed. | Conlon |
| 01/31/2012 | | Motion to strike pleading (Mass.R.Civ.P. 12[f]) filed by Sean P. Miner A/K/A Sean Miner subject to opposition procedure (Joint Standing Order 1-04 or Dist. Ct. Standing Order 1-98). | |
| 01/31/2012 | | Event Scheduled continued to March 2, 2012 @ 9:00 a.m. to be heard w/CMC<br>Event: Motion Hearing (CV)<br>Date: 02/16/2012 Time: 09:00 AM<br>Result: Event Continued | |

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901



MASSACHUSETTS
LYNN DC POSTING
Docket Report

| | | |
|---|---|---|
| 02/08/2012 | Opposition filed by Atlanti Credit & Finabnce Inc. to Motion PLTF'S OPPOSITION TO DEFT'S MOTION TO STRIKE COMPLAINT SUBJECT TO OPPOSITION FILED 1/31/12 that was filed on 01/31/2012 subject to opposition procedure (Joint Standing Order 1-04 or District Court Standing Order 1-98). | |
| 02/15/2012 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 02/16/2012 09:00 AM has been resulted as follows:<br><br>Result: Event Continued | Conlon |
| 02/15/2012 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 03/02/2012 Time: 09:00 AM<br>Result: Event Continued | |
| 02/27/2012 | Motion for summary judgment (Mass.R.Civ.P.56) filed by Sean P. Miner A/K/A Sean Miner subject to opposition procedure (Joint Standing Order 1-04 or Dist. Ct. Standing Order 1-98).<br>(Motion never entered in the docket) | |
| 03/02/2012 | Event Resulted<br>The following event: Case Management Conference scheduled for 03/02/2012 09:00 AM has been resulted as follows:<br><br>Result: Event Continued | Conlon |
| 03/02/2012 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 03/02/2012 09:00 AM has been resulted as follows:<br><br>Result: Event Continued | Conlon |
| 03/06/2012 | Event Scheduled<br>Event: Case Management Conference<br>Date: 03/15/2012 Time: 09:00 AM<br>Result: Held | |
| 03/06/2012 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 03/15/2012 Time: 09:00 AM<br>Result: Held | |
| 03/06/2012 | Motion denied. | Conlon |
| 03/08/2012 | Opposition filed by Atlanti Credit & Finabnce Inc. to Motion Defendant's Motion for Summary Judgment that was filed on 02/27/2012 subject to opposition procedure (Joint Standing Order 1-04 or District Court Standing Order 1-98). | |
| 03/09/2012 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 03/15/2012 Time: 09:00 AM<br>Result: Held | |
| 03/15/2012 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 03/15/2012 09:00 AM has been resulted as follows:<br><br>Result: Held | Conlon |

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901




**MASSACHUSETTS**
**LYNN DC POSTING**
**Docket Report**

| | | |
|---|---|---|
| 03/15/2012 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 03/15/2012 09:00 AM has been resulted as follows:<br><br>Result: Held | Conlon |
| 03/15/2012 | Event Resulted<br>The following event: Case Management Conference scheduled for 03/15/2012 09:00 AM has been resulted as follows:<br><br>Result: Held | Conlon |
| 03/19/2012 | Taken under advisement ( [Judge] ). | Conlon |
| 03/22/2012 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 06/01/2012 Time: 09:00 AM<br>Result: Not Held But Event Resolved | Conlon |
| 05/08/2012 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 06/01/2012 09:00 AM has been resulted as follows:<br><br>Result: Not Held But Event Resolved | Conlon |
| 05/08/2012 | Stipulation of dismissal with prejudice filed (Mass.R.Civ.P. 41(a)(1) & 58(a)). | |
| 06/04/2012 | Misc Entry: Previous docket entry dated 5/8/12 stating that Stipulation of Dismissal was filed with the court is incorrect. Plaintiff filed letter on 5/8/12 stating that Stipulation of Dismissal was being forwarded to the Defendant and requested 30 -Day Nisi Order | |
| 06/04/2012 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Defendant: Josef Culik, Esq.<br>Plaintiff: Richard H Kream, Esq. | |
| 07/20/2012 | Stipulation of dismissal with prejudice filed (Mass.R.Civ.P. 41(a)(1) & 58(a)).<br>and without damages or costs | |
| 07/31/2012 | Stipulation of dismissal with prejudice filed (Mass.R.Civ.P. 41(a)(1) & 58(a)). | |

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901