# Exhibit 2

698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317



Reference# 087533507

T43  P1******AUTO**MIXED AADC 140

Sean Miner
810 SHERWOOD FOREST
SAUGUS, MA  01906-1971

**CAPITAL MANAGEMENT SERVICES, LP**
698 1/2 South Ogden Street Buffalo, NY 14206-2317
Office Hours: M-Th 8 a.m. - 11 p.m. ET
Fri 8 a.m. - 10 p.m., Sat 8 a.m. - 4 p.m. ET
Toll Free: 1-800-364-9619, Fax: (716) 852-1620

Description: HSBC RETAIL
Current Creditor: ATLANTIC CREDIT & FINANCE, INC
Account #: ▇▇▇▇▇▇▇▇1215
Balance: $3763.31

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

September 16, 2012

Dear Sean Miner:

This company has been engaged by ATLANTIC CREDIT & FINANCE, INC to resolve your delinquent debt of $3763.31. Please submit your payment and make your check or money order payable to Capital Management Services, LP. to the above address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different than the current creditor.

Capital Management Services, LP is authorized to accept less than the full balance due as settlement of the above account. The settlement amount of $940.83, which represents 25% of the amount presently owed, is due in our office no later than forty-five (45) days after receiving this notice. We are not obligated to renew this offer.

For your convenience, this settlement may be made online at: www.cms-trans.com. For other payment options, please contact Capital Management Services, LP. at 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 or call 1-800-364-9619 Mon. through Thurs. 8 am to 11 pm ET, Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

<u>ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS</u>

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.