# Exhibit 3

Mr. Sean P. Miner
810 Sherwood Forest Lane
Saugus, MA 01906

October 20th, 2012

SENT VIA CERTIFIED MAIL #7009 1410 0002 1168 3429

Capital Management Services LP
698 ½ South Ogden Street
Buffalo, NY 14206-2317

RE: Account # ▮▮▮▮▮▮▮▮1215

Dear Sir or Madam:

Please be informed that the account was dismissed with prejudice in Lynn District Court earlier this year.

Thank you for your attention to this matter,

Very truly yours,

Sean P. Miner