# Exhibit 4

698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317



Reference# 087533507

T2  P1*********AUTO**3-DIGIT 018

Sean Miner
810 SHERWOOD FOREST
SAUGUS, MA  01906-1971

**CAPITAL MANAGEMENT SERVICES, LP**
698 1/2 South Ogden Street Buffalo, NY 14206-2317
Office Hours: M-F 8 a.m. - 10 p.m. ET
Sat 8 a.m. - 4 p.m. ET
Toll Free: 1-800-364-9619, Fax: (716) 512-6020

Description: HSBC RETAIL
Current Creditor: ATLANTIC CREDIT & FINANCE, INC
Account #: ▇▇▇▇▇▇1215
Balance: $3763.31
AMOUNT ENCLOSED: _____
Current Address: _____
_____
Current Phone #: _____

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

January 10, 2013

\*\*\*\*\*\*\*\*\*\*\*\*\*25% SETTLEMENT OFFER\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Sean Miner:

On behalf of ATLANTIC CREDIT & FINANCE, INC, Capital Management Services, LP. is willing to accept less than the full balance due as a settlement on the above mentioned account.  The settlement offer shall be $940.83 due in our office no later than TEN (10) days from the receipt of this letter. We are not obligated to renew this offer.

Upon clearance of sufficient funds, our records will be updated to reflect that the above account has been satisfied.

You may send the settlement payment to Capital Management Services, LP. at 698 1/2 South Ogden Street Buffalo, NY 14206-2317.  Our representatives are trained to offer assistance regarding this obligation.  For account inquiries, you may contact Capital Management Services, LP. by calling 1-800-364-9619 Mon. through Fri. 8 am to 10 pm ET, Sat. 8 am to 4 pm ET. You may also make payments online at: www.cms-trans.com.

This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

**ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS**

NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

596/G1

Capman-122733.let   44052 * 20-ATLANTIC CREDIT & FINANCE, INC-001275-MA