UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sean P. Miner
      Plaintiff

v.                                   Civil Action No. 13-10339-EFH

Capital Management Services, LP, et al.
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

HARRINGTON, S.D.J.

The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan
_____

4/16/13
Date

Karen P. Folan
Deputy Clerk